Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov

FILED
2021 MAY 11 AM 10:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>CR-21-00205-002-PHX-DJH |
| KENNETH ROBERT HACKETT<br>USMS# _____   DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

21MJ02322

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05-10-2021 @ 1030    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4. Charges under which defendant has been booked:
   21 USC, 841 (a) (1) and 841 (b) (1), 18 USC 2, Poss with intent to dist. meth and aiding and abetting.

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: English

7. Year of Birth: 1962

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: PENDING

10. Remarks (if any): Subject being transported to lockup from SLO county. Will call when in lockup.

11. Name: BRIAN J. SULLIVAN   (please print)

12. Office Phone Number: 805-310-9437              13. Agency: FBI

14. Signature: BRIAN J. SULLIVAN                    15. Date: 05-10-2021

CR-64 (06/20)                REPORT COMMENCING CRIMINAL ACTION